Jose M Aguane #78163
E C J
26861 CR 26
Elkhart IN
46517



Mailed from the
ELKHART COUNTY
JAIL

United States District Court
Northern District of Indiana
Office of the Clerk
204 South Main St.
South Bend IN
46601-2194